United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY ALEXANDER ARTEAGA-MARROQUIN, | § § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05760 |
| | § | |
| TODD BLANCHE, *et al.*, | § § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Anthony Alexander Arteaga-Marroquin, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Petitioner filed a second petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention. Doc. No. 1. On June 12, 2026, this Court dismissed a nearly identical petition from Arteaga-Marroquin without prejudice for failure to state a claim for habeas relief. *See Arteaga-Marroquin v. Blanche*, Civ. A. No. 4:26-cv-4464 (S.D. Tex. Jun. 12, 2026). Petitioner's new petition does not reflect that there has been a material change in his circumstances since the Court dismissed his first petition. The petitioner is cautioned that repetitive filings where there is no material change in circumstances waste judicial resources and may result in a finding of an abuse of the writ or that the petitioner is not proceeding in good faith.

Accordingly, the Court **ORDERS** as follows:

1. The petition is **DISMISSED** for the same reasons set forth in Civil Action No.
   4:26-cv-4464.

2. All pending motions, if any, are **DENIED**.

3. This case is **CLOSED**.

SIGNED on this _____ 31st _____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2